407 A.2d 1307

**ESTATE OF Grace HUDSON, a/k/a Grace S. Hudson a/k/a Grace Catherine Hudson, Deceased.**

**APPEAL of Dolores C. KLINGER, Beneficiary.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

James A. Burgess, Jr., Philadelphia, Phila. Co., for appellant.

Joseph A. Palmer, Lansdowne, for appellee, petitioner-accountant.

Edward S. Lawhorne, Mary Alice Duffy, Sara Duffy, Philadelphia, Phila. Co., for Jeremiah Vernon, claimant.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.

MANDERINO, J., took no part in the consideration or decision of this case.